## Commonwealth *v.* McFadden, Appellant.

Argued March 27, 1974. *Mary Alice Duffy,* with her *Duffy and Duffy,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below for an evidentiary hearing to determine whether appellant intelligently waived the right to file post-trial motions.